1

2

3

4                        UNITED STATES DISTRICT COURT

5

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8      TERRANCE TURNER,

9              Plaintiff,                        No.  C 23-03381 WHA

10         v.

11     VALOR MERCHANT SERVICES
       COMPANY,                                  **ORDER ADOPTING REPORT AND**
12                                               **RECOMMENDATION**
               Defendant.
13

14         The undersigned has reviewed the report and recommendation of Magistrate Judge

15    Joseph C. Spero and agrees that this action should be dismissed for failure to pay the filing fee

16    (Dkt. No. 8).  In other words, plaintiff has failed to prosecute his case.  No objection was

17    received in response to the report.  The report contains one inaccuracy in stating that plaintiff

18    has not consented to the jurisdiction of a magistrate judge when he has (Dkt. No. 5).

19    Nevertheless, because defendant has not done so, reassignment of this action was proper.  *See*

20    *Williams v. King*, 875 F.3d 500, 503–04 (9th Cir. 2017).  This order **ADOPTS IN FULL** the

21    report and recommendations of Judge Spero with the foregoing correction.  For the reasons

22    stated therein, this action is **DISMISSED**.

23         **IT IS SO ORDERED.**

24

25    Dated:  October 18, 2023.

26

27                                               _____

28                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California